Robert Farris-Olsen
MORRISON, SHERWOOD, WILSON & DEOLA
401 North Last Chance Gulch
Helena, MT  59601
(406) 442-3261
(406) 443-7294 (Fax)
rfolsen@mswdlaw.com

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| FRANK CHARLES ROBISON,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>HULL, SWINGLEY & BETCHIE, P.C.<br><br>　　　　Defendant. | Cause No.: __CV-24-60-H-TJC__<br><br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

COMES NOW Plaintiff, Frank Charles Robison, and bring this cause of action violations of the Fair Debt Collection Practices Act and the Montana Consumer Protection Act.

## PARTIES

1.　Charles Robison is a resident of Helena, Lewis and Clark County, Montana.

1

2. Hull, Swingley & Betchie, P.C. (HSB), is a law firm in Helena, Montana that engages in debt collection on behalf of various creditors. It holds itself out as offering "aggressive representation" for a client's collection needs. It also advertises itself as a "top-notch commercial collections law firm."

## JURISDICTION and VENUE

3. This Court has jurisdiction over this matter based upon 28 U.S.C. § 1331, in that this dispute involves predominantly issues of federal law. Specifically, this Court has jurisdiction under 15 U.S.C. § 1692k. Supplemental jurisdiction exists for state law claims pursuant to 28 U.S.C. §1367. Declaratory relief is available pursuant to 28 U.S.C. §2201 and §2202. Defendant is also liable to the Plaintiffs pursuant to the laws of the State of Montana, which claims may be brought under the pendant jurisdiction of this Court.

4. Venue is proper in the Helena Division, pursuant to Rule 3.2 (b), Local Rules of Procedure and § 25-2-122, MCA in that the Plaintiff resides in, and Defendants do business in the Helena Division.

## FACTS

5. On or about May 22, 2023, Mr. Robison, on behalf of the Original Montana Club Cooperative Association (the "Montana Club"), signed an

agreement with ServPro of Helena & Great Falls for remediation work on the Montana Club Building.

6. The contract specifically identifies the "Original Montana Club Cooperative" as the "Customer," but was signed by Mr. Robison as the "owner's representative."

7. On or about August 30, 2023, ServPro sent Mr. Robison, in his role as the Board Chair of the Montana Club, a final estimate, invoice, and forms for work performed to date. Mr. Robison responded, and asked ServPro to break the bill out by floor of the building as each floor had a different owner. The Montana Club was responsible for the 6th floor only.

8. The invoice to Montana Club was also originally billed to "Charles Robinson" and not the Montana Club. Mr. Robison noticed this error, and promptly advised ServPro to bill the correct customer – the Montana Club, not Charles Robison. In doing so, he noted that he was the "customer contact" and not the customer or owner.

9. Thereafter, ServPro provided an updated invoice billed to the "Montana Club 6th Floor."

10. Ultimately, due to varying debts, the Montana Club filed a Chapter 11 Bankruptcy on November 11, 2023. Included as a creditor was "Serve Pro of Helena & Great Falls" with the mailing address of 478 Lincoln Rd W., Helena,

MT 59602-8789. This is the same address listed on the invoice sent to the Montana Club.

11.   ServPro did not file a proof of claim.

12.   Thereafter, on or about May 22, 2024, HSB sent Mr. Robison a letter purporting to collect a debt owed to ServPro of Helena & Great Falls. It sought to collect $5,285.93. This was the same debt identified in the bankruptcy, and that was owed by the Montana Club.

13.   The letter was directed at Mr. Robison individually, and not to the Montana Club.

14.   The collection letter was the first letter that Mr. Robison had received from HBS regarding the alleged debt owed to ServPro. The letter advised Mr. Robison that if he disputed the debt by June 27, 2024, all debt collection efforts would stop until HBS sent information "that shows that you owe the amount".

15.   The June 27, 2024, deadline was not tied to the date that the letter was written or received. Nor did it advise that it would obtain verification of the debt or a copy of the judgment upon which the debt was based.

16.   After receiving the notice, Andy Patten, the attorney for the Montana Club advised HBS, by letter dated June 12, 2024, that the alleged debt was

4

not owed by Charles Robison, but rather by the Original Montana Club Cooperative Association.

17. In the June 12, 2024, letter, Mr. Patten disputed that the debt was owed by explaining that it was included in the Montana Club bankruptcy, and the debt was originally incurred by the Montana Club and not Mr. Robison.

18. HBS did not respond to this dispute with any information regarding the original debt or by providing a judgment.

19. HBS also knew or should have known that Mr. Patten represented the Montana Club, and Mr. Robison in his role as board chair because Mr. Patten was, and is, the attorney for the Chapter 11 Bankruptcy.

20. HBS ignored this letter, and instead filed a complaint against Mr. Robison in his individual capacity, and not as board chair, in an effort to collect the debt owed by the Montana Club and included in the Bankruptcy. And for which Mr. Robison had no personal liability or responsibility to pay.

21. The complaint was filed on July 3, 2024, in the Justice Court of Lewis and Clark County, Cause No. 2024-928.

22. As a result of the suit, and the debt collection activity, Mr. Robison has been damaged. Those damages include, but are not limited to, the costs of responding to the lawsuit, the lost time he spent defending against the lawsuit, and emotional distress.

## COUNT I – FAIR DEBT COLLECTION PRACTICES ACT

23. The preceding paragraphs are realleged as though set forth in full hereunder.

24. Plaintiff is a "consumer" pursuant to 15 U.S.C. § 1692a because HBS alleged he was responsible for paying the debt to ServPro.

25. HBS is a "debt collector" pursuant to 15 U.S.C. § 1692a.

26. HBS was attempting to collect a "debt" pursuant to 15 U.S.C. § 1692a.

27. HBS' violations of the FDCPA include, but are not limited to:

   a. Communicating with Mr. Robison with knowledge that he had an attorney in his role as Board Chair of the Montana Club. 15 U.S.C. § 1692c(a)(2).

   b. Falsely representing that Mr. Robison owed the debt when he in fact did not. 15 U.S.C. § 1692e(2).

   c. Attempting to collect over $5,000 from Mr. Robison when such collection is not authorized by the agreement creating the debt or the law. 15 U.S.C. § 1692f(1).

   d. Failing to include the proper debt validation language. 15 U.S.C. § 1692g.

   e. Failing to verify the debt. 15 U.S.C. § 1692g.

28.  As a result of these actions, Defendant is liable for actual and statutory damages, and attorney's fees pursuant to 15 U.S.C. § 1692k.

## COUNT IX – MONTANA CONSUMER PROTECTION ACT

29.  The preceding paragraphs are realleged as though set forth in full hereunder.

30.  Plaintiff is a "consumer" under the MCPA.

31.  Defendant was engaged in "trade or commerce."

32.  Defendant's acts and/or practices were unfair and/or deceptive in violation of § 30-14-103, MCA. They include, but are not limited to, the violations of the FDCPA.

33.  As a result of Defendant's actions, Plaintiff suffered an ascertainable loss of money or property, and has suffered mental anguish and emotional distress.

34.  Defendant is liable for Plaintiff's actual or statutory damages, treble damages, and attorney's fees pursuant to § 30-14-133, MCA.

## PRAYER FOR RELIEF

WHEREFORE, The Plaintiff prays for the following relief:

1.  For actual damages, and statutory damages of $1,000, pursuant to 15 U.S.C. 1692k and § 30-14-133, MCA;

7

2. For attorneys' fees and costs, pursuant to 15 U.S.C. § 1692k, and § 30-14-133, MCA;

3. For treble damages pursuant to § 30-14-133, MCA.

4. For such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38, F. R. Civ. P., Plaintiff hereby demands a trial by jury of the issues triable by right by jury.

DATED this 5th day of September, 2024.

> By: /s/ Robert Farris-Olsen.
> Robert Farris-Olsen
> Morrison Sherwood Wilson & Deola PLLP
> *Attorney for Plaintiff*